IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cambridge Municipal Court, | : | |
| Plaintiff | : | Civil Action 2:11-cv-783 |
| v. | : | Judge Marbley |
| Gerry Ruff-El, | : | Magistrate Judge Abel |
| Defendant | | |
| | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's September 26, 2011 Report and Recommendation that Gerry Ruff-EL's request to proceed *in forma pauperis* be denied. No objections have been filed.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DENIES** Ruff-El's motion to proceed *in forma pauperis*. (Doc. 1).

Ruff-El is DIRECTED to pay the $350.00 filing fee within thirty (30) days of the entry of this Order, or his case will be dismissed for want of prosecution.

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge