IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cambridge Municipal Court, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00783 |
| v. | : | Judge Marbley |
| Gerry Ruff-El, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER DISMISSING FOR WANT OF PROSECUTION

Defendant Gerry Ruff-El has failed to respond to the Court's January 18, 2012 Order that he show cause why the case should not be dismissed for want of prosecution. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution.  Rule 41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962).  S.D. Ohio Civil Rule 55.1(c).


 s/Algenon L. M arbley
Algenon L. Marbley
United States District Judge