# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| Cambridge Municipal Court, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00783 |
| v. | : | Judge Marbley |
| Gerry Ruff-El, | : | Magistrate Judge Abel |
| Defendant | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 7, 2012 Order, the Court DISMISSED this case for Want of Prosecution.

Date: **March 7, 2012**  **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　  s/Betty L. Clark
　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk